IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

NORFOLK DIVISION



FILED
JAN - 9 2019
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

UNITED STATES OF AMERICA

    v.

DAVID J. WALKER II

Case No. 2:19mj25
Court Date: January 23, 2019

### CRIMINAL INFORMATION

#### COUNT ONE
(Misdemeanor)- Violation Notice: 7342490

THE UNITED STATES ATTORNEY CHARGES:

That on or about November 11, 2018, at Naval Station Norfolk, Virginia, in the Eastern District of Virginia, the defendant, DAVID J. WALKER II, did unlawfully, knowingly, and intentionally possess marijuana, a Schedule I controlled substance.

(In violation of Title 21, United States Code, Section 844.)

#### COUNT TWO
(Misdemeanor)

THE UNITED STATES ATTORNEY CHARGES:

That on or about November 11, 2018, at Naval Station Norfolk, Virginia, in the Eastern District of Virginia, the defendant, DAVID J. WALKER II, did willfully violate a defense property security regulation: Chief of Naval Operations Instruction 5530.14E, to wit: Transporting and introducing a firearm onboard a United States Navy installation without proper authorization.

(In violation of Title 50, United States Code, Section 797 and Chief of Naval Operations Instruction 5530.14E).

Respectfully submitted,

G. Zachary Terwilliger
United States Attorney

By: _____/s/ James T. Cole_____
James T. Cole
Special Assistant U.S. Attorney
Office of the U.S. Attorney
101 West Main Street, Suite 8000
Norfolk, VA 23510
Ph: (757) 441-6712
Fax:(757) 441-3205
James.Cole@usdoj.gov

CERTIFICATE OF MAILING

I hereby certify that on the date indicated below, I caused a true and correct copy of the foregoing Criminal Information to be mailed, postage prepaid, to the defendant in the above-styled case.

_____/s/ James T. Cole_____
James T. Cole
Special Assistant U.S. Attorney
Office of the U.S. Attorney
101 West Main Street, Suite 8000
Norfolk, VA 23510
Ph: (757) 441-6712
Fax:(757) 441-3205
James.Cole@usdoj.gov

__8 January 2019__
Date